# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

Civil Action No. 80-6289-Civ-Jordan

v.

CITY OF FORT LAUDERDALE, ET AL.,

Defendants.
_____/

## ORDER

Upon Consideration of the Joint Motion for Partial Dissolution of the 1980 Consent Decree filed by Plaintiff, United States of America, and Defendants, the City of Fort Lauderdale, et al., it is hereby

ORDERED:

1. The Joint Motion for Partial Dissolution of the 1980 Consent Decree is GRANTED.

2. The Consent Decree as applied to the City of Fort Lauderdale's Police Department is DISSOLVED.

3. The Consent Decree as applied to women in the City of Fort Lauderdale's Fire Department is DISSOLVED.

4. The Consent Decree as applied to blacks in the City of Fort Lauderdale's Fire Department is not before the Court on this Joint Motion and, thus, REMAINS IN EFFECT.

_____
UNITED STATES DISTRICT JUDGE

Date: 7-25-08, 2008

cc: counsel of record